Claire C. Weglarz, Esq. (SBN 233609)
*cweglarz@hpylaw.com*
Michael B. Giaquinto, Esq. (SBN 276229)
*migiaquinto@hpyaw.com*
**HAWKINS PARNELL & YOUNG** LLP
445 South Figueroa, Suite 3200
Los Angeles, California 90071-1651
Telephone:  (213) 486-8000
Facsimile:   (213) 486-8080

Attorneys for Defendant,
PACIFICORP (ERRONEOUSLY SUED AS
PACIFIC POWER AND LIGHT)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JAMES HARKLESS,<br><br>              Plaintiff,<br><br>     vs.<br><br>PACIFIC POWER AND LIGHT, a Corporation; and DOES 1 through 20, Inclusive,<br><br>              Defendants. | Case No. 2:18-cv-02903-TLN-DMC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT PACIFICORP'S COUNTERCLAIM AGAINST PLAINTIFF JAMES HARKLESS; ORDER**<br><br>Complaint Filed:   July 18, 2017<br>Trial Date:              None |
|---|---|

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and Rule 143 of the Local Rules, Plaintiff James Harkless ("Harkless") and Defendant PacifiCorp ("PacifiCorp"), by and through their respective counsel of record, agree and stipulate as follows:

WHEREAS, Harkless brought claims against PacifiCorp for (1) Discrimination Based on Physical Disability and Failure to Engage in the Interactive Process, (2) Failure to Reasonably Accommodate, (3) Disparate Treatment Based on Physical Disability, (4) Retaliation, and (5) Wrongful Termination in Violation of Public Policy;

WHEREAS, PacifiCorp brought a counterclaim against Harkless for Unjust Enrichment/Subrogation;

WHEREAS, the parties have undertaken to reduce the number of claims to be tried in this action; and

NOW, THEREFORE, the parties hereby STIPULATE and AGREE as follows:

1. PacifiCorp's counterclaim against Harkless is hereby dismissed with prejudice;

2. The dismissal of PacifiCorp's counterclaim shall not have any effect on PacifiCorp's remaining affirmative defenses to Harkless' claims against PacifiCorp that have not been withdrawn;

3. The dismissal of PacifiCorp's counterclaim shall not have any effect on the *James Harkless v. PacifiCorp and Zurich American Ins. c/o CCMSI* (ADJ 8363604) matter pending in the Workers' Compensation Appeals Board, including all liens and offsets at issue in that matter;

4. The parties agree that the time that this stipulation is entered and approved by this Court will serve as the date upon which the last answer may be filed with the Court as stated in Section Three of this Court's Initial Pretrial Scheduling Order.

5. The parties agree that each party shall bear its own attorneys' fees and costs related to PacifiCorp's dismissed counterclaim against Harkless.

**IT IS SO STIPULATED**.

Dated: June 11, 2020                    HAWKINS PARNELL & YOUNG LLP

                                        By:   /S/ Claire C. Weglarz
                                              Claire C. Weglarz
                                              Michael B. Giaquinto
                                              Attorneys for Defendant,
                                              PACIFICORP (SUED ERRONEOUSLY AS PACIFIC POWER AND LIGHT)

Dated: June 11, 2020                    **BARR & MUDFORD, LLP**


By:   /S/ Cathleen Theresa Barr
        Cathleen Theresa Barr
        Attorneys for Plaintiff,
        JAMES HARKLESS

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. PacifiCorp's counterclaim against Harkless is hereby dismissed with prejudice;

2. The dismissal of PacifiCorp's counterclaim shall not have any effect on PacifiCorp's remaining affirmative defenses to Harkless' claims against PacifiCorp that have not been withdrawn;

3. The dismissal of PacifiCorp's counterclaim shall not have any effect on the *James Harkless v. PacifiCorp and Zurich American Ins. c/o CCMSI* (ADJ 8363604) matter pending in the Workers' Compensation Appeals Board;

4. The parties agree that the time that this stipulation is entered and approved by this Court will serve as the date upon which the last answer may be filed with the Court as stated in Section Three of this Court's Initial Pretrial Scheduling Order.

5. Each party shall bear its own attorneys' fees and costs related to PacifiCorp's dismissed counterclaim against Harkless.

**IT IS SO ORDERED.**

Dated:  June 12, 2020

                                        _____
                                        Troy L. Nunley
                                        United States District Judge