IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARKLESS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC POWER AND LIGHT,<br><br>    Defendant. | No.  2:18-CV-2903-TLN-DMC<br><br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to the Court's general orders closing the courthouses in the Eastern District of California to the public, the parties are directed to arrange telephonic appearances for the July 8, 2020, hearing on plaintiff's motion to compel, ECF No. 46, through CourtCall.

      IT IS SO ORDERED.

Dated:  July 6, 2020

                                        DENNIS M. COTA<br>
                                        UNITED STATES MAGISTRATE JUDGE