# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARKLESS, | No. 2:18-CV-2903-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| PACIFIC POWER AND LIGHT, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Defendant's motion for a protective order, see ECF No. 63, noticed for hearing on February 9, 2021. Due to a conflict in the Court's calendar, the hearing is continued to February 10, 2021, at 10:00 a.m., before the undersigned in Redding. Counsel are directed to appear telephonically through CourtCall.

IT IS SO ORDERED.

Dated: January 22, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1