IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARKLESS, | No. 2:18-CV-2903-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| PACIFIC POWER AND LIGHT, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's motion to compel the deposition of Margaret McCarthy, see ECF No. 67, noticed for hearing on March 2, 2021. On the Court's own motion, the hearing is advanced to February 10, 2021, at 10:00 a.m., before the undersigned in Redding. Counsel are directed to appear telephonically through CourtCall.

IT IS SO ORDERED.

Dated:  February 3, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1